UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOLLIN L GOODWIN,

    Plaintiff,

v.

    Case No. 1:21-cv-73

COMMISSIONER OF SOCIAL SECURITY,

    HONORABLE PAUL L. MALONEY

    Defendant.
_____/

# JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that the decision of the Commissioner of Social Security is AFFIRMED.

Dated: June 13, 2022                        /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            United States District Judge